FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3891
_____

BARBARA JOHNSON,

Appellant,

v.

LEON COUNTY SCHOOL BOARD,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

June 12, 2018


PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Deborah Stephens Minnis, Ruth E. Vafek, and Alexandra E. Akre of Ausley McMullen, Tallahassee, for Appellee.